UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEN KHALIL ZARKA,

        Defendant.

_____/

Case No. 08-CR-20374

HON. GEORGE CARAM STEEH

ORDER GRANTING DEFENDANT'S EX-PARTE APPLICATION FOR RULE 17 SUBPOENAS AND SERVICE BY THE US MARSHALS AND TAKING UNDER ADVISEMENT DEFENDANT'S REQUEST FOR WITNESS FEES

       On September 2, 2009, Defendant Ken Zarka filed an ex-parte application that the court issue witness subpoenas, that the subpoenas be served by the United States Marshals and the witnesses' cost and fees (including the witnesses' travel, lodging and subsistence) be provided under Federal Rule of Criminal Procedure 17(b).  The Court will grant defendant's application that the subpoena's be issued and served by the Marshals, but will take under advisement defendant's request for travel, lodging and subsistence until the defendant provides additional information and support for defendant's request for the witnesses costs and related fees.

       SO ORDERED.

Dated:  September 8, 2009

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 8, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk